UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| MAGDY S GUIRGUIS CHIROPRACTIC CORP | § § § § § | Case No. 18-19290 WB |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROSENDO GONZALEZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,998.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 35,117.97 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 29,344.17 | |

3) Total gross receipts of $ 64,462.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 64,462.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,344.17 | 29,344.17 | 29,344.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 800.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 240,789.00 | 54,041.34 | 54,041.34 | 35,117.97 |
| **TOTAL DISBURSEMENTS** | $ 241,589.00 | $ 83,385.51 | $ 83,385.51 | $ 64,462.14 |

    4) This case was originally filed under chapter 7 on 08/13/2018. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2021      By:/s/ROSENDO GONZALEZ
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE [AAR] #1121 | 1121-000 | 44,462.14 |
| COMPROMISE AGRMT - RENEE GUIRGUIS - FRAUD [1241] | 1241-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 64,462.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GONZALEZ, ROSENDO | 2100-000 | NA | 6,473.11 | 6,473.11 | 6,473.11 |
| TRUSTEE EXPENSES:GONZALEZ, ROSENDO | 2200-000 | NA | 287.40 | 287.40 | 287.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 134.90 | 134.90 | 134.90 |
| UNION BANK | 2600-000 | NA | 94.75 | 94.75 | 94.75 |
| FRANCHISE TAX BOARD | 2690-730 | NA | 1,136.46 | 1,136.46 | 1,136.46 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 2,207.94 | 2,207.94 | 2,207.94 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SCHLECTER, DAREN | 3210-000 | NA | 8,850.00 | 8,850.00 | 8,850.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SCHLECTER, DAREN | 3220-000 | NA | 36.32 | 36.32 | 36.32 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):LESLIE, SAM S. | 3410-000 | NA | 9,774.00 | 9,774.00 | 9,774.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):LESLIE, SAM S. | 3420-000 | NA | 349.29 | 349.29 | 349.29 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 29,344.17 | $ 29,344.17 | $ 29,344.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franchise Tax Board Attn Bankruptcy Sec MSA-340 PO Box 2952 Sacramento, CA 95812-2925 | | 800.00 | NA | NA | 0.00 |
| 000002 | FRANCHISE TAX BOARD | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 800.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex<br>PO Box 0001 Los Angeles, CA 90096-8000 | | 12,533.00 | NA | NA | 0.00 |
| | Chase<br>PO Box 6026 Mail Code IL 1-0054 Chicago, IL 60680-6026 | | 88,995.00 | NA | NA | 0.00 |
| | Chase Ink Visa<br>PO Box 15123 Wilmington, DE 19850-5123 | | 30,025.00 | NA | NA | 0.00 |
| | Rochel Kurtzman<br>1948 20th Street #103<br>Santa Monica, CA 90404 | | 0.00 | NA | NA | 0.00 |
| | Sapphire Credit Card<br>PO Box 15123 Wilmington, DE 19850-5123 | | 27,026.00 | NA | NA | 0.00 |
| | Xemit LLC<br>Ten West 1821 Wilshire Santa Monica, CA 90403 | | 82,210.00 | NA | NA | 0.00 |
| 000004 | CREATIVE RECOVERY CONCEPTS INC. | 7200-000 | NA | 54,041.34 | 54,041.34 | 35,117.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 240,789.00 | $ 54,041.34 | $ 54,041.34 | $ 35,117.97 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 18-19290 | WB | Judge: Julia W. Brand | | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | | | Date Filed (f) or Converted (c): | 08/13/18 (f) |
| | | | | | 341(a) Meeting Date: | 09/17/18 |
| For Period Ending: | 09/22/21 | | | | Claims Bar Date: | 01/22/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE [AAR] #1121<br>Accounts Receivable [AAR] | 53,980.00 | 44,462.14 | | 44,462.14 | FA |
| 2. CASH ON HAND<br>CHASE BANK | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS<br>Lease deposit held by Wilshire Properties | 10,498.00 | 10,498.00 | | 0.00 | FA |
| 4. OFFICE EQUIPMENT<br>Chiropractic Table/Equipment<br>Furniture/machines/computer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. COMPROMISE AGRMT - RENEE GUIRGUIS - FRAUD [1241] (u)<br>@04/05/2020 [D.28] COMPROMISE AGRMT - FRAUD TRANSFERS [#1241]<br>RENEE GUIRGUIS TO PAY TRUSTEE $20,000.00<br>The estate will receive $20,000.00 in cash without the cost associated with litigating the avoidance/fraudulent transfer claim(s). | 0.00 | 20,000.00 | | 20,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $66,978.00 | $77,460.14 | | $64,462.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-19290    WB    Judge: Julia W. Brand | Trustee Name: ROSENDO GONZALEZ |
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Date Filed (f) or Converted (c): 08/13/18 (f) |
| | | 341(a) Meeting Date: 09/17/18 |
| | | Claims Bar Date: 01/22/19 |

The trustee estate's bank balance as of October 1, 2021 is $0.00. As of September 10, 2021, all dividend checks have cleared.

As of August 6, 2021, the Trustee's Final Report was approved and distributions were made.

As of March 1, 2021, all assets have been recovered and the tax clearance has expired.

As of November 9, 2020 the Trustee has filed the Notice of Motion and Motion for Approval of Cash Disbursements. [D. 36]

As of September 30, 2020, the Trustee has filed the Notice to Professionals and Request for Court Costs in August, 2020.

As of May 8, 2020 the Trustee's accountant, LEA Accountancy, LLP has completed the tax return preparation. The tax clearance expires on July 17, 2020.

As of May 5, 2020 the Trustee's counsel, Daren Schlecter confirmed that all assets are in.

As of April 5, 2020 the Trustee's counsel, Daren Schlecter alleges that the Debtor made domestic support payments to Renee Guirguis the former spouse of Debtor's insider Magdy Guirguis in the year or years before the Petition Date, and that these payments were improper and/or fraudulently made from the Debtor.These domestic support payments were owed by the insider, Magdy Guirguis under a divorce decree and not owed by the Debtor. Settling Party received not less than $24,796.00 during the year before Debtor filed for bankruptcy on August 13, 2018.
Renee Guirguis agreed to pay the Trustee the total sum of $20,000.00 to settle any and all claims against Settling Party arising out of the Transfers. [Docket No. 25]

As of January 10, 2020 the Trustee's counsel, Daren Schlecter informed the Trustee there's $14,701 that was paid to Renee Gurguis as child support out of the corporation, which is obviously improper as it is his personal liability, not the corporations'.  The Trustee's counsel is thinking of sending a letter to her regarding her receipt of same and cc'ing the Debtor's counsel so he can hopefully have a quick resolution of her liability to the estate. There may be more liability/payments made beyond the $14K. The theory would be fraudulent transfer, not preference.

As of September 30, 2019, the Trustee's counsel, Daren Schlecter, has recovered $34,370.14 in accounts receivable. The

Case 2:18-bk-19290-WB    Doc 47    Filed 11/17/21    Entered 11/17/21 10:05:25    Desc
Main Document    Page 9 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-19290    WB    Judge: Julia W. Brand | Trustee Name:    ROSENDO GONZALEZ |
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Date Filed (f) or Converted (c):    08/13/18 (f) |
| | | 341(a) Meeting Date:    09/17/18 |
| | | Claims Bar Date:    01/22/19 |

Trustee's counsel anticipates recovering an additional $19,000 in accounts receivable. Additionally, Trustee's counsel has identified asset #3 – security deposit for potential recovery.

As of May 3, 2019 the Trustee has employed LEA Accountancy, LLP in order to review and analysis of the estate's financial transactions to determine the appropiate (most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the debtor and other tax conisderations. [D. 23]

On October 12, 2018 Daren Schlecter was employed as Trustee's attorney. [Docket No. 11] Trustee's attorney will help analyze the Debtor's assets and liabilities, advise the Trustee on potential recoveries, and take appropriate action; b) analyze any problematic claims and, if warranted, prepare objections; c) perform other general tasks as may be required by the Trustee.

As of September 30, 2018, the Trustee has identified asset #1 description accounts receivable as a potential asset recovery of the bankruptcy estate. On October 12, 2018 Daren Schlecter was employed as Trustee's attorney. [Docket No. 11] Trustee's attorney will help analyze the Debtor's assets and liabilities, advise the Trustee on potential recoveries, and take appropriate action; b) analyze any problematic claims and, if warranted, prepare objections; c) perform other general tasks as may be required by the Trustee. The Trustee anticipates that a final report will be filed by the end of the last quarter of 2020.

GENERAL:
This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code by Magdy's Guirguis Chiropractic Corp (the "Debtor") on 08/13/2018. The Trustee conducted the initial meeting of the creditors on 09/17/2018. The meeting was continued through 10/19/2018 for the Debtor to produce documents and amendments to the Debtor's Schedules.

@09/18/2018 - The Trustee is in the process of investigating assets to determine whether an asset recovery is beneficial to the bankruptcy estate.

@10/02/2018 - The Trustee has identified asset #1 description accounts receivable as a potential asset recovery of the bankruptcy estate.

**FORM 1**      Page: 4
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**      Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 18-19290 WB | Judge: Julia W. Brand | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | Date Filed (f) or Converted (c): | 08/13/18 (f) |
| | | | 341(a) Meeting Date: | 09/17/18 |
| | | | Claims Bar Date: | 01/22/19 |

PROFESSIONAL:

@11/27/2018 -  Motion / Order to employ general counsel, Law Offices of Daren M. Schlecter was entered. [D.18]

@05/03/2019 -  Motion / Order to employ the accountant, LEA Accountancy, LLP was entered. [D.23]

INSURANCE:
Currently there are no assets requiring insurance.

Initial Projected Date of Final Report (TFR): 06/30/21     Current Projected Date of Final Report (TFR): 06/30/21

/s/    ROSENDO GONZALEZ
_____  Date: 09/22/21
ROSENDO GONZALEZ

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 18-19290 -WB | | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | 2131948651 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 20-4327263 | | | |
| For Period Ending: | 09/22/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/18 | 1 | LAW OFFICES OF NAZARETIAN & BESNILIAN | ACCOUNTS RECEIVABLE | 1121-000 | 1,800.00 | | 1,800.00 |
| 09/28/18 | 1 | MCNICHOLAS & MCNICHOLAS | ACCOUNTS RECEIVABLE | 1121-000 | 3,400.00 | | 5,200.00 |
| 09/28/18 | 1 | HUNTINGTON | ACCOUNTS RECEIVABLE | 1121-000 | 117.06 | | 5,317.06 |
| 09/28/18 | 1 | BLUE SHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 42.75 | | 5,359.81 |
| 09/28/18 | 1 | BLUE SHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 198.63 | | 5,558.44 |
| 09/28/18 | 1 | BLUE SHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 99.59 | | 5,658.03 |
| 09/28/18 | 1 | SCOTT J CORWIN | ACCOUNTS RECEIVABLE | 1121-000 | 1,400.00 | | 7,058.03 |
| 09/28/18 | 1 | JOSEPH FARZAM LAW FIRM | ACCOUNTS RECEIVABLE | 1121-000 | 230.00 | | 7,288.03 |
| 09/28/18 | 1 | RONSIN LITIGATION | ACCOUNTS RECEIVABLE | 1121-000 | 15.00 | | 7,303.03 |
| 10/18/18 | 1 | nLAW OFFICE OF NAZARETIAN & BEXNILIA | ACCOUNTS RECEIVABLE | 1121-000 | 2,000.00 | | 9,303.03 |
| 11/13/18 | 003001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 1.52 | 9,301.51 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,286.51 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,271.51 |
| | | | Page Subtotals | | 9,303.03 | 31.52 | |

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-19290 -WB | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Bank Name: | UNION BANK |
| | | Account Number / CD #: | 2131948651 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 20-4327263 | | |
| For Period Ending: | 09/22/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,256.51 |
| 02/04/19 | 1 | ERIK FRANKLIN BRAND | ACCOUNTS RECEIVABLE | 1121-000 | 2,000.00 | | 11,256.51 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,241.51 |
| 03/06/19 | 1 | BLUE SHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 160.10 | | 11,401.61 |
| 03/06/19 | 1 | BLUESHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 174.36 | | 11,575.97 |
| 03/06/19 | 1 | BLUESHIELD OF CALIFORNIA | ACCOUNTS RECEIVABLE | 1121-000 | 238.46 | | 11,814.43 |
| 03/16/19 | 1 | ARBOR VITAE WELLNESS | ACCOUNTS RECEIVABLE | 1121-000 | 3,560.00 | | 15,374.43 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 15,359.43 |
| 04/08/19 | 1 | GEORGE CHAKMAKIS ESQ | ACCOUNTS RECEIVABLE | 1121-000 | 2,810.00 | | 18,169.43 |
| 04/08/19 | 1 | ALAN KESSLER | ACCOUNTS RECEIVABLE | 1121-000 | 1,867.00 | | 20,036.43 |
| 04/18/19 | 1 | LAW OFFICE OF KATHERINE LIPEL ON BEHALF OF ROBIN RUSSELL | ACCOUNTS RECEIVABLE | 1121-000 | 898.00 | | 20,934.43 |
| 04/18/19 | 1 | LAW OFFICE OF KATHERINE LIPEL ON BEHALF OF ROBIN RUSSELL | ACCOUNTS RECEIVABLE | 1121-000 | 1,305.00 | | 22,239.43 |
| 04/25/19 | 003002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 | BOND PAYMENT BLANKET BOND TERM 01/04/19 - 01/04/20 | 2300-000 | | 15.17 | 22,224.26 |

Page Subtotals    13,012.92    60.17

Ver: 22.03d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-19290 -WB | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Bank Name: | UNION BANK |
| | | Account Number / CD #: | 2131948651 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 20-4327263 | | |
| For Period Ending: | 09/22/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.75 | 22,204.51 |
| 05/01/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 22,204.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 22,315.95 | 22,315.95 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 22,204.51 | |
| Subtotal | 22,315.95 | 111.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 22,315.95 | 111.44 | |

Page Subtotals          0.00          22,224.26

Ver: 22.03d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-19290 -WB | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7856200000170  Checking Account |
| Taxpayer ID No: | 20-4327263 | | |
| For Period Ending: | 09/22/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 22,204.51 | | 22,204.51 |
| 05/13/19 | 1 | LAW OFFICES OF RICHARD D HOFFMAN | ACCOUNTS RECEIVABLE | 1121-000 | 2,111.19 | | 24,315.70 |
| 05/13/19 | 1 | nLAW OFFICE OF NAZARETIAN & BEXNILIA | ACCOUNTS RECEIVABLE | 1121-000 | 500.00 | | 24,815.70 |
| 05/31/19 | 1 | LAW OFFICES OF PAULA R NORMAN | ACCOUNTS RECEIVABLE | 1121-000 | 3,100.00 | | 27,915.70 |
| 05/31/19 | 1 | LEDERER & NOJIMA, LLP | ACCOUNTS RECEIVABLE | 1121-000 | 2,000.00 | | 29,915.70 |
| 06/17/19 | 1 | LAW OFFICE OF GERI A SAKLAD | ACCOUNTS RECEIVABLE | 1121-000 | 1,693.00 | | 31,608.70 |
| 08/19/19 | 1 | CYNTHIA ARNOLD | ACCOUNTS RECEIVABLE | 1121-000 | 550.00 | | 32,158.70 |
| 08/26/19 | 1 | LAW OFFICES OF MANNY IBAY | ACCOUNTS RECEIVABLE | 1121-000 | 2,100.00 | | 34,258.70 |
| 11/05/19 | 1 | LEDERER & NOJIMA, LLP | ACCOUNTS RECEIVABLE | 1121-000 | 1,410.00 | | 35,668.70 |
| 11/05/19 | 1 | HARRIS PERSONAL INJURY LAWYERS | ACCOUNTS RECEIVABLE | 1121-000 | 1,400.00 | | 37,068.70 |
| 01/23/20 | 004001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 22.62 | 37,046.08 |
| 03/25/20 | 1 | LEDERER & NOJIMA, LLP | ACCOUNTS RECEIVABLE | 1121-000 | 2,500.00 | | 39,546.08 |
| 04/16/20 | 5 | RENEE GUIRGUIS | PAYMENT ON SETTLEMENT | 1241-000 | 20,000.00 | | 59,546.08 |

Page Subtotals    59,568.70    22.62

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 18-19290 -WB | | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | 7856200000170  Checking Account |
| Taxpayer ID No: | 20-4327263 | | | |
| For Period Ending: | 09/22/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | @04/05/2020 [D.28] COMPROMISE AGRMT - FRAUD TRANSFERS [#1241]<br>RENEE GUIRGUIS TO PAY TRUSTEE $20,000.00 | | | | |
| 05/19/20 | 1 | WOLFBERG & WOLFBERG P.C. | ACCOUNTS RECEIVABLE | 1121-000 | 3,432.00 | | 62,978.08 |
| 06/09/20 | 1 | LAW OFFICES OF SEAN BINA | ACCOUNTS RECEIVABLE | 1121-000 | 1,350.00 | | 64,328.08 |
| 12/16/20 | 004002 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-4750 | FRANCHISE TAX BOARD<br>@12/14/2020 [D. 39] - ORDER APPROVING CASH DISB- TRUSTEE TO PAY TAX PERIODS: $1,283.33 - TAX YEAR END 12/31/2018  $924.61 - TAX YEAR END 12/31/2019 | 2820-000 | | 1,283.33 | 63,044.75 |
| 12/16/20 | 004003 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-4750 | FRANCHISE TAX BOARD<br>@12/14/2020 [D. 39] - ORDER APPROVING CASH DISB- TRUSTEE TO PAY TAX PERIODS: $1,283.33 - TAX YEAR END 12/31/2018  $924.61 - TAX YEAR END 12/31/2019 | 2820-000 | | 924.61 | 62,120.14 |
| 01/27/21 | 004004 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST. SUITE #420<br>NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 95.59 | 62,024.55 |
| 08/09/21 | 004005 | ROSENDO GONZALEZ<br>GONZALEZ & ASSOCIATES, PLC<br>530 S. HEWITT ST., SUITE 148<br>LOS ANGELES, CA 90013 | Chapter 7 Compensation/Fees | 2100-000 | | 6,473.11 | 55,551.44 |
| | | | | Page Subtotals | 4,782.00 | 8,776.64 | |

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-19290 -WB | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7856200000170  Checking Account |
| Taxpayer ID No: | 20-4327263 | | |
| For Period Ending: | 09/22/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/21 | 004006 | ROSENDO GONZALEZ<br>GONZALEZ & ASSOCIATES, PLC<br>530 S. HEWITT ST., SUITE 148<br>LOS ANGELES, CA 90013 | Chapter 7 Expenses | 2200-000 | | 287.40 | 55,264.04 |
| * 08/09/21 | 004007 | Daren M. Schlecter, Esq.<br>Law Office of Daren M. Schlecter<br>1925 Century Park East, Suite 1180<br>Los Angeles, CA 90067 | ATTORNEY FEES | 3210-004 | | 8,850.00 | 46,414.04 |
| * 08/09/21 | 004008 | Daren M. Schlecter, Esq.<br>Law Office of Daren M. Schlecter<br>1925 Century Park East, Suite 1180<br>Los Angeles, CA 90067 | ATTORNEYS EXPENSES | 3220-004 | | 36.32 | 46,377.72 |
| 08/09/21 | 004009 | LEA Accountancy, LLP<br>Attn: Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>1130 South Flower Street Suite 312<br>Los Angeles, CA 90015 | ACCOUNTANT'S FEES | 3410-000 | | 9,774.00 | 36,603.72 |
| 08/09/21 | 004010 | LEA Accountancy, LLP<br>Attn: Sam S. Leslie, CPA<br>LEA Accountancy, LLP<br>1130 South Flower Street Suite 312<br>Los Angeles, CA 90015 | ACCOUNTANT'S EXPENSES | 3420-000 | | 349.29 | 36,254.43 |
| 08/09/21 | 004011 | FRANCHISE TAX BOARD<br><B>(ADMINISTRATIVE)</B><br>BANKRUPTCY SECTION MS A340 | Claim 000003A, Payment 100.00000%<br>(3-1) 7356 | 2690-730 | | 1,136.46 | 35,117.97 |

Page Subtotals    0.00    20,433.47

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 18-19290 -WB | | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|---|
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | 7856200000170  Checking Account |
| Taxpayer ID No: | 20-4327263 | | | |
| For Period Ending: | 09/22/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 2952 SACRAMENTO CA 95812-2952 | | | | | |
| 08/09/21 | 004012 | CREATIVE RECOVERY CONCEPTS INC. 9333 BASE LINE RD., SUITE 110 RANCHO CUCAMONGA, CA 91730 | Claim 000004, Payment 64.98353% (1-1) PAST DUE RENT(1-2) PAST DUE RENT | 7200-000 | | 35,117.97 | 0.00 |
| * 09/02/21 | 004007 | Daren M. Schlecter, Esq. Law Office of Daren M. Schlecter 1925 Century Park East, Suite 1180 Los Angeles, CA 90067 | Stop Payment Reversal STOP PAYMENT | 3210-004 | | -8,850.00 | 8,850.00 |
| * 09/02/21 | 004008 | Daren M. Schlecter, Esq. Law Office of Daren M. Schlecter 1925 Century Park East, Suite 1180 Los Angeles, CA 90067 | Stop Payment Reversal STOP PAYMENT | 3220-004 | | -36.32 | 8,886.32 |
| 09/03/21 | 004013 | Daren M. Schlecter, Esq. Law Office of Daren M. Schlecter 1925 Century Park East, Suite 1180 Los Angeles, CA 90067 | ATTORNEY FEES @09/03/2021 REISSUED | 3210-000 | | 8,850.00 | 36.32 |
| 09/03/21 | 004014 | Daren M. Schlecter, Esq. Law Office of Daren M. Schlecter 1925 Century Park East, Suite 1180 Los Angeles, CA 90067 | ATTORNEYS EXPENSES @09/03/2021 REISSUED | 3220-000 | | 36.32 | 0.00 |

Page Subtotals       0.00       35,117.97

Ver: 22.03d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

Exhibit 9

| Case No: | 18-19290 -WB | | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | MAGDY S GUIRGUIS CHIROPRACTIC CORP | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | 7856200000170  Checking Account |
| Taxpayer ID No: | 20-4327263 | | | |
| For Period Ending: | 09/22/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 64,350.70 | 64,350.70 | 0.00 |
| | Less: Bank Transfers/CD's | 22,204.51 | 0.00 | |
| | Subtotal | 42,146.19 | 64,350.70 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 42,146.19 | 64,350.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - 2131948651 | 22,315.95 | 111.44 | 0.00 |
| Checking Account - 7856200000170 | 42,146.19 | 64,350.70 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 64,462.14 | 64,462.14 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ ROSENDO GONZALEZ    Date: _____
ROSENDO GONZALEZ

Page Subtotals    0.00    0.00

Ver: 22.03d